UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:12-00165 |
| | ) | Chief Judge Haynes |
| JOHNATHAN LANDON SMITH | ) | |
| a/k/a "London" | | |

## MOTION TO CONTINUE TRIAL, STATUS CONFERENCE AND PRETRIAL MOTION DEADLINE

Johnathan Landon Smith, by and through counsel, hereby moves this Honorable Court to continue the trial and related deadlines in this matter. In support of this motion, undersigned counsel would show the Court the following:

1. The trial is currently scheduled for July 9, 2013.[1] The matter is set for either submission of a change of plea or status conference on June 25, 2013.

2. Mr. Smith is charged in the Second Superseding Indictment, along with four co-defendants, with one count of conspiracy to manufacture, distribute or possess with intent to distribute controlled substance "analogues" as defined under 21 U.S.C. § 802(32). The alleged "controlled substance analogues" described in the indictment are the following chemical substances: 3,4-Methylenedioxymethcathinone, a/k/a methylone and MDMC; 4-methyl-N-ethylcathinone, a/k/a 4-MEC; 1-Pentyl-3-4(4-ethyl-1-naphthoyl), a/k/a JWH-210; JWH-018; 1-(5-Fluoropentyl)-3-(1-

---

[1] Eric Alexander, one of Mr. Smith's co-defendants who has not yet submitted a change of plea, moved for a continuance of the trial on June 20, 2013 (Document 130). By order entered June 21, 2013 (Document 132), the Court continued the trial for Mr. Alexander; however, because the motion names only Eric Alexander, it is unclear to undersigned counsel whether the order of continuance and cancellation of the status conference applies to all three of the defendants who have not submitted guilty pleas.

1